IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVIS D. LAW and LEVONDA JOURNEY<br><br>　　　　Plaintiffs,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC. and DANNY JOE WILBANKS<br><br>　　　　Defendant. | CIVIL ACTION<br>FILE NO.: 5:24-cv-00067-TES<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## **ORDER**

The Court, having reviewed the Parties JOINT MOTION FOR CONFIDENTIALITY ORDER, and for good cause shown, this Court **ADOPTS** the Parties Confidentiality Agreement attached as Exhibit "A" to their Motion and **MAKES IT THE ORDER OF THE COURT.**

**SO ORDERED,** this  3rd  day of   July   , 2024.

　　　　　　　　　　　　　　　　　　　　  s/Tilman E. Self, III
　　　　　　　　　　　　　　　　　　　　TILMAN E. SELF, III, JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

M1221609.1 16191