IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVIS D LAW, et al, | * |
| Plaintiffs, | * |
| v. | Case No. 5:24-cv-00067-TES |
| | * |
| OLD DOMINION FREIGHT LINE INC, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 2, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of December, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk